UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VALERIE WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-676** |
| **JPMORGAN CHASE BANK, ET AL.** | **SECTION "N" (3)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's complaint be and is hereby DISMISSED WITHOUT PREJUDICE on the grounds of judicial immunity and lack of subject-matter jurisdiction.

New Orleans, Louisiana, this 10th day September, 2014.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE